UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

THE FORT LAUDERDALE
BRIDGE CLUB, INC.,

Chapter 11
Case No. 13-14289-RBR

        Debtor.

_____/

## CREDITOR, SAMUEL D. ROSEN'S NOTICE OF APPEAL
## RE: [D.E. 239], [D.E. 254], and [D.E. 255]

**NOTICE IS HEREBY GIVEN** that Creditor, SAMUEL D. ROSEN ("Appellant"),

appeals under 28 U.S.C. §158(a) and Federal Rule of Bankruptcy Procedure 8001(a), from the

following Orders entered by the Bankruptcy Court, Case Number 13-14289-RBR: (D.E. 239)

"Order Denying Motion to Remove the Trustee (Doc. 180) as Moot", (D.E. 254) "Order

Overruling Objection to Resignation of Kenneth A. Welt as Trustee as Moot", and (D.E. 255)

"Order Denying Emergency Motion for Relief Respecting the Conduct of Kenneth A. Welt as

Moot". *See*, Exhibits 1, 2, and 3, attached.

The names of all parties to the judgment, order, or decree appealed from and the names,

addresses, telephone, fax numbers, and emails of their respective attorneys are as follows:

Joe M. Grant, Esq.
Lawrence Pecan, Esq.
*Counsel for the then (now former) Trustee*
Marshall Socarras Grant, P.L.
197 S. Federal Hwy , Suite 300
Boca Raton, Florida 33432
Tel.: (561) 361-1000
Fax: (561) 672-7581
jgrant@msglaw.com
efile@msglaw.com

Kenneth Welt, *Former Trustee*
1844 N. Nob Hill Road, #615
Plantation, FL 33322
Tel.: (954) 462-8000
Fax: (954) 462-4300
cpugatch@rprslaw.com

Chad Pugatch, Esq.
*Former Of Counsel to Samuel D. Rosen*
101 N.E. 3rd Ave., Ste. 1800
Ft. Lauderdale, FL 33301
Tel.: (954) 462-8000
Fax: (954) 462-4300
cpugatch@rprslaw.com

1

Dated: August 26, 2013.

Respectfully submitted,

By: /s/ Douglas C. Broeker

    Douglas C. Broeker, Esq.
    FL Bar No.: 306738

    Douglas C. Broeker, Esq.
    **SWEETAPPLE, BROEKER, &**
    **VARKAS, P.L.**
    *Of Counsel to Samuel D. Rosen,*
    *Creditor*
    777 Brickell Ave., Ste. 600
    Miami, FL 33131
    Tel.: (305) 374-5623
    Fax: (305) 358-1023
    doug@broekerlaw.com
    docservice@broekerlaw.com

Samuel D. Rosen, Creditor *Pro Se*
10175 Collins Ave., Apt. 502
Bal Harbour, FL 33154
Tel.: (305) 868-6096
Fax: (917) 974-7588

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this **26**<sup>th</sup> day of **August 2013.**

> I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local rule 2090-1(A)
>
> **SWEETAPPLE, BROEKER & VARKAS, P.L.**
> 777 Brickell Avenue – Suite 600
> Miami, Florida 33131
> Tel.: (305) 374-5623
> Fax: (305) 358-1023
> docservice@broekerlaw.com
> doug@broekerlaw.com
>
> By: /s/ Douglas C. Broeker, Esq.
> Douglas C. Broeker, Esq.
> FL Bar. No.: 306738

## SERVICE LIST

### Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing:

Joe M. Grant, jgrant@msglaw.com

Lawrence E. Pecan, efile@msglaw.com

Thomas L. Abrams, tabrams@tabramslaw.com

Office of the US Trustee, ustpregion21mm.ecf@usdoj.gov

Chad Pugatch; cpugatch.ecf@rprslaw.com

Kenneth A. Welt, court@trusteeservices.biz, fl10@ecfcbis.com


**SERVED VIA U.S. MAIL**

Samuel D. Rosen
10175 Collins Ave., Apt. 502
Bal Harbour, FL 33154

Soneet Kapila
c/o Kapila & Company
1000 S. Federal Hwy., Ste. 200
Ft. Lauderdale, FL 33316

Mark LaFontaine
5100 N. Fed. Hwy. #407
Ft. Lauderdale, FL 33308

Case 1:13-cv-2 4593-KAM 4289-RBR Document Doc 46 239 Entered Filed on 08/13/13 FLSD Docket Page 12/20/2014 1 of 1 Page 5 of 14

Case 13-14289-RBR    Doc 239    Filed 08/13/13    Page 1 of 1

**ORDERED in the Southern District of Florida on** _08-13-13_.



_(signature)_
Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

THE FORT LAUDERDALE BRIDGE                    Case No. 13-14289-BKC-RBR
CLUB, INC.,

       Debtor(s).                                 Chapter 11
_____/

## ORDER DENYING MOTION TO REMOVE THE TRUSTEE [D.E. 180] AS MOOT

THIS MATTER came before the Court without a hearing on August 13, 2013, upon Creditor

Samuel D. Rosen's Emergency Verified Motion to Remove the Trustee, Kenneth A. Welt, for

Cause [D.E. 180] (the "Motion to Remove the Trustee"), and the Response [D.E. 223] thereto.

After the Court having considered that the Chapter 11 Trustee, Kenneth A. Welt, has resigned

as the Trustee in this case [D.E. 235], and that Welt has submitted a Notice of Withdrawal of his

Application for Compensation [D.E. 227], it is

ORDERED that the Motion to Remove the Trustee [D.E. 180] is DENIED as moot.

###

Copies to:
Joe Grant, Esq.
_[Attorney Grant is directed to serve a conformed copy of this Order on all interested parties and
to file a Certificate of Service with the Court.]_

ORDERED in the Southern District of Florida on ___8/19/13___.



*Raymond B. Ray*

Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

THE FORT LAUDERDALE BRIDGE                     Case No. 13-14289-BKC-RBR
CLUB, INC.,

            Debtor(s).                          Chapter 11
_____/

### ORDER OVERRULING OBJECTION TO RESIGNATION
### KENNETH A. WELT AS TRUSTEE [D.E. 236] AS MOOT

THIS MATTER came before the Court without a hearing on August 19, 2013, upon Creditor

Rosen's Objection to Resignation of Kenneth A. Welt as Trustee [D.E. 236] (the "Objection").

Kenneth A. Welt resigned as the Chapter 11 Trustee in this case [D.E. 235], and submitted a

Notice of Withdrawal of his Application for Compensation [D.E. 227].  Joel Tabas has been

appointed as the new Chapter 11 Trustee by the U.S. Trustee's Office [D.E. 240], and was

approved as Trustee by the Court [D.E. 243]. Accordingly, it is

**ORDERED** that the Objection to Kenneth Welt's Resignation [D.E. 236] is **OVERRULED** as

moot. Furthermore, this Objection is subject to being stricken *sua sponte* by the Court as Mr.

Rosen is acting in contravention of this Court's Order [D.E. 217], which disallowed the hybrid

representation of Mr. Rosen acting *pro se* and with the concurrent assistance of Douglas Broeker, Esquire.

###

*The Clerk's Office shall furnish copies to all parties of record.*

ORDERED in the Southern District of Florida on ___08-19-13___.



_____
Raymond B. Ray, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
Broward Division

In re:

THE FORT LAUDERDALE BRIDGE                    Case No. 13-14289-BKC-RBR
CLUB, INC.,

      Debtor(s).                                 Chapter 11
_____/

### ORDER DENYING EMERGENCY MOTION FOR RELIEF
### RESPECTING THE CONDUCT OF KENNETH A. WELT [D.E. 245] AS MOOT

THIS MATTER came before the Court without a hearing on August 19, 2013, upon Creditor Rosen's Emergency Motion for Relief Respecting the Conduct of Kenneth A. Welt [D.E. 245] (the "Motion for Relief"). Kenneth A. Welt resigned as the Chapter 11 Trustee in this case [D.E. 235], and submitted a Notice of Withdrawal of his Application for Compensation [D.E. 227]. Joel Tabas has been appointed as the new Chapter 11 Trustee by the U.S. Trustee's Office [D.E. 240], and was approved as Trustee by the Court [D.E. 243]. Accordingly, it is

**ORDERED** that the Motion for Relief [D.E. 245] is **DENIED** without prejudice as moot. Kenneth Welt is out of this case, and no further action shall be taken in this regard. Furthermore, this Motion is subject to being stricken *sua sponte* by the Court as Mr. Rosen is acting in contravention of this Court's Order [D.E. 217], which disallowed the hybrid

representation of Mr. Rosen acting *pro se* and with the concurrent assistance of Douglas Broeker, Esquire.

### 

*The Clerk's Office shall furnish copies to all parties of record.*

**ORDERED in the Southern District of Florida on** _08-13-13_ .

Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

THE FORT LAUDERDALE BRIDGE                    Case No. 13-14289-BKC-RBR
CLUB, INC.,

     Debtor(s).                                  Chapter 11

_____/

### ORDER DENYING MOTION TO REMOVE THE TRUSTEE [D.E. 180] AS MOOT

THIS MATTER came before the Court without a hearing on August 13, 2013, upon Creditor

Samuel D. Rosen's Emergency Verified Motion to Remove the Trustee, Kenneth A. Welt, for

Cause [D.E. 180] (the "Motion to Remove the Trustee"), and the Response [D.E. 223] thereto.

After the Court having considered that the Chapter 11 Trustee, Kenneth A. Welt, has resigned

as the Trustee in this case [D.E. 235], and that Welt has submitted a Notice of Withdrawal of his

Application for Compensation [D.E. 227], it is

     **ORDERED** that the Motion to Remove the Trustee [D.E. 180] is **DENIED** as moot.

###

Copies to:
Joe Grant, Esq.
_[Attorney Grant is directed to serve a conformed copy of this Order on all interested parties and
to file a Certificate of Service with the Court.]_

**ORDERED in the Southern District of Florida on** _8/19/13_ .



_Raymond B. Ray, Judge_
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
Broward Division

In re:

THE FORT LAUDERDALE BRIDGE
CLUB, INC.,

Case No. 13-14289-BKC-RBR

Debtor(s).

Chapter 11

_____/

### ORDER OVERRULING OBJECTION TO RESIGNATION
### KENNETH A. WELT AS TRUSTEE [D.E. 236] AS MOOT

THIS MATTER came before the Court without a hearing on August 19, 2013, upon Creditor Rosen's Objection to Resignation of Kenneth A. Welt as Trustee [D.E. 236] (the "Objection"). Kenneth A. Welt resigned as the Chapter 11 Trustee in this case [D.E. 235], and submitted a Notice of Withdrawal of his Application for Compensation [D.E. 227]. Joel Tabas has been appointed as the new Chapter 11 Trustee by the U.S. Trustee's Office [D.E. 240], and was approved as Trustee by the Court [D.E. 243]. Accordingly, it is

**ORDERED** that the Objection to Kenneth Welt's Resignation [D.E. 236] is **OVERRULED** as moot. Furthermore, this Objection is subject to being stricken _sua sponte_ by the Court as Mr. Rosen is acting in contravention of this Court's Order [D.E. 217], which disallowed the hybrid

representation of Mr. Rosen acting *pro se* and with the concurrent assistance of Douglas Broeker, Esquire.

### ###

*The Clerk's Office shall furnish copies to all parties of record.*

**ORDERED in the Southern District of Florida on** ___O8-19-13___ .



$\qquad$ ⎧⎧⎧⎧⎧⎧ Raymond B. Ray ⎫⎫⎫

Raymond B. Ray, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
Broward Division

In re:

THE FORT LAUDERDALE BRIDGE                      Case No. 13-14289-BKC-RBR
CLUB, INC.,

Debtor(s).                                       Chapter 11
_____/

### ORDER DENYING EMERGENCY MOTION FOR RELIEF
### RESPECTING THE CONDUCT OF KENNETH A. WELT [D.E. 245] AS MOOT

THIS MATTER came before the Court without a hearing on August 19, 2013, upon Creditor

Rosen's Emergency Motion for Relief Respecting the Conduct of Kenneth A. Welt [D.E. 245]

(the "Motion for Relief"). Kenneth A. Welt resigned as the Chapter 11 Trustee in this case [D.E.

235], and submitted a Notice of Withdrawal of his Application for Compensation [D.E. 227]. Joel

Tabas has been appointed as the new Chapter 11 Trustee by the U.S. Trustee's Office [D.E.

240], and was approved as Trustee by the Court [D.E. 243]. Accordingly, it is

**ORDERED** that the Motion for Relief [D.E. 245] is **DENIED** without prejudice as moot.

Kenneth Welt is out of this case, and no further action shall be taken in this regard.

Furthermore, this Motion is subject to being stricken *sua sponte* by the Court as Mr. Rosen is

acting in contravention of this Court's Order [D.E. 217], which disallowed the hybrid

representation of Mr. Rosen acting *pro se* and with the concurrent assistance of Douglas Broeker, Esquire.

### 

*The Clerk's Office shall furnish copies to all parties of record.*