UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CIV. ACTION NO.: 1:13-cv-24593-KAM
Honorable K. Michael Moore

SAMUEL D. ROSEN,

    Appellant,

                                                       L.T. Case No.: 13-14289- LMI

v.                                                      Honorable Lauren M. Isicoff

JOEL L. TABAS, Successor Trustee,

    Appellee.

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

APPELLANT/CREDITOR, SAMUEL D. ROSEN ("Rosen"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby requests an enlargement of time to file its Initial Brief and states:

1.    Appellant/Creditor has timely filed his Notice of Appeal and it was docketed in this Court on December 20, 2013 [DE-1] and his Initial Brief is due January 3, 2014.

2.    Undersigned counsel's office has been preparing for and implementing an office move, which was implemented December 27-30, 2013. The Firm is still in the process of moving in and setting up office equipment. Also during this time, undersigned counsel celebrated the Christmas holidays with family who came in from out of town, and the New Year.

3.    Undersigned counsel is working closely with Appellant/Creditor, who has been seriously ill and for several weeks unable to communicate with respect to the format and contents of the Initial Brief, on filing the appropriate papers in the above styled case, but has had little time to devote as a result of the above.

1

4. Additionally, due to clerical issues with the processing of this appeal, the project was started in November then put aside pending Case Processing from the Clerk's office. Now Appellant is involved in an urgent, time sensitive appeal that undersigned had to devote majority of his time to during the pending office move, however that project also needs client input to progress and the client is unavailable until Monday.

5. Furthermore, undersigned counsel is currently travelling out of town for a deposition in Grenada on Friday, January 3, 2014, and has not had an opportunity to thoroughly review the Initial Brief.

6. Undersigned counsel as contacted counsel for Appellee and been advised that counsel does not oppose this Motion.

7. This Motion is not filed to hinder or delay the prosecution of this action, and the Appellees will not be prejudiced by the Court granting this Motion for Extension of Time.

8. Counsel for the undersigned requests an additional ten (10) days up to and including Monday, January 13, 2013 to file the Initial Brief.

Dated January 3, 2014                    Respectfully submitted,

By: /s/ Douglas C. Broeker
**Douglas C. Broeker, Esquire**
Florida Bar No. 306738
**SWEETAPPLE, BROEKER &VARKAS, P.L.**
777 Brickell Avenue, Suite 600
Miami, Florida 33131
Tel.: (305) 374-5623
Fax.: (305) 358-1023
Doug@broekerlaw.com
DocService@broekerlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail and e-mail to all parties who are not on the list to receive e-mail notification/service for this case on this 3rd day of January 2014.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A).*

By: /s/ Douglas C. Broeker
      **Douglas C. Broeker, Esquire**
      Florida Bar No. 306738

**SERVICE LIST**

tabrams@tabramslaw.com
pbattista@gjb-law.com
ddillworth@stearnsweaver.com
gfreedman@tabasfreedman.com
jgrant@msglaw.com
mwalker@kapilaco.com
USTPRegion21.MM.ECF@usdoj.gov
lpecan@marshallgrant.com
cpugatch.ecf@rprslaw.com
Damaris.D.Rosich-Schwartz@usdoj.gov
pshapiro@shapirolawpa.com
esilver@stearnsweaver.com
JLT@tfsmlaw.com

Dorothy Francis Easley, Esq.
Easley Appellate Practice, PLLC
1200 Brickell Avenue, Suite 1950
Miami, FL  33131-3298
Email: administration@easleyappellate.com