UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APPEAL CASE NO.: 1:13-CV-24593-KAM
LWR. TRIBUNAL CASE NO.: 13-14289-LMI
_____

SAMUEL D. ROSEN,
Appellant,

v.

FORMER TRUSTEE,
[*Correction Appellee Designation from Successor to Former Trustee Requested*]
Appellee.
_____

_____

ON APPEAL FROM AN ORDER OF THE U.S. BANKRUPTCY COURT,
SOUTHERN DISTRICT OF FLORIDA
_____

SUCCESSOR TRUSTEE'S, JOEL L. TABAS, RESPONSE TO APPELLANT'S
MOTION TO STRIKE [ECF19] THE SUCCESSOR TRUSTEE'S MOTION
TO DISMISS THE APPEAL [ECF17] WITH INCORPORATED MEMORANDUM OF LAW

Successor Trustee, Joel L. Tabas, pursuant to the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, including S.D. Fla. Local Rule 7.1, hereby this Response to Appellant's Motion to Strike [ECF19] the Successor Trustee's Motion to Dismiss the Appeal [ECF17] with incorporated memorandum of law, and states:

1. There is no provision in the Federal Rules of Civil Procedure or Local Rules to "strike" a Motion, and the attached Composite Exhibit "A" contains the emails Appellant omitted from his Motion to Strike, which Exhibit "A" more fully set forth the

1

communications between counsel. There has been no "misleading" or "false pretenses". As soon as counsel for Appellant's objection email was received today, Appellant was immediately notified it had just arrived and that an Amendment to the Certificate of Good Faith would be immediately filed, and then filed an Amended Certificate of Good Faith, containing exactly the language Appellant's counsel requested, was filed. Despite multiple requests, Appellant can cite no Bankruptcy Code or other provision mandating that the Successor Trustee prosecute or defend a Former Trustee that has resigned. Moreover, Appellant's arguments opposing the Motion to Dismiss are not legal arguments responsive to dismissal due, in the instant case, to lack of subject matter jurisdiction, failure to state a claim for relief as to the Successor Trustee, and failure to join a squarely indispensable party (the Former Trustee), irrespective of Appellant's after-the-fact-history rewriting.

2. The Successor Trustee incorporates by this reference all legal authority and arguments set forth in his Motion to Dismiss. ECF17.

3. The remainder of Appellant's Motion to Strike merits no response.

**For the reasons and legal authorities set forth herein**, it is respectfully requested that the Court deny the Appellant's Motion, and such further relief that the Court deems just, appropriate, and fair.

Respectfully submitted,

**BY:** /S/ DOROTHY F. EASLEY, MS JD BCS APPEALS
FLA. BAR NO. 0015891
EASLEY APPELLATE PRACTICE PLLC

2

*Appellate Counsel for Successor Trustee*
1200 BRICKELL AVENUE, SUITE 1950
MIAMI, FLORIDA 33131
T: (305) 444-1599; (800) 216-6185
FLORIDA BAR DESIGNATED E-MAIL FOR SERVICE:
administration@EasleyAppellate.com
www.easleyappellate.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been was served using the CM/ECF system **and**: served electronically by eMail *or* the firm's secure dropbox *or* by regular US Mail (if no electronic means of service available) and email to all parties who are not on the list to receive email notification/service for this case on this  29th   day of January 2014 to:

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A)*

By:   /S/ DOROTHY F. EASLEY, MS JD BCS APPEALS

| | |
|---|---|
| CHAD P PUGATCH, ESQ. <br> cpugatch.ecf@rprslaw.com <br><br> DAMARIS D ROSICH-SCHWARTZ, ESQ. <br> Damaris.D.Rosich-Schwartz@usdoj.gov <br><br> DOUGLAS C. BROEKER, ESQ. <br> SWEET APPLE, BROEKER & VARKAS, P.L. <br> 777 Brickell Avenue, Suite 600 <br> Miami, Florida 33131 <br> Florida Designated Email: <br> doug@broekerlaw.com | LAWRENCE E PECAN, ESQ. <br> lpecan@marshallgrant.com <br><br> KENNETH A. WELT, ESQ. <br> FORMER TRUSTEE <br> SERVED BY EMAIL C/O HIS DESIGNATED COUNSEL: <br> lpecan@marshallgrant.com <br> jgrant@msglaw.com <br><br> OFFICE OF THE US TRUSTEE <br> USTPRegion21.MM.ECF@usdoj.gov |

| | |
|---|---|
| DocService@broekerlaw.com<br>Jamie@broekerlaw.com<br><br>DREW M DILLWORTH, ESQ.<br>ddillworth@stearnsweaver.com<br><br>ERIC J SILVER, ESQ.<br>esilver@stearnsweaver.com<br><br>JOE M. GRANT, ESQ.<br>jgrant@msglaw.com<br><br>PAUL J. BATTISTA, ESQ.<br>pbattista@gjb-law.com<br><br>PETER E. SHAPIRO, ESQ.<br>pshapiro@shapirolawpa.com<br><br>SONEET R. KAPILA, ESQ.<br>mwalker@kapilaco.com<br><br>THOMAS L ABRAMS, ESQ.<br>tabrams@tabramslaw.com | PETER E. SHAPIRO, ESQ.<br>pshapiro@shapirolawpa.com<br><br>Samuel D. Rosen*<br>10175 Collins Ave.<br>Apt. 502<br>Bal Harbour, Florida 33154<br>**\*Served by US Mail**<br><br>JOEL L. TABAS, ESQ.<br>GARY M. FREEDMAN, ESQ.<br>TABAS, FREEDMAN & SOLOFF, P. A.<br>*Attorneys for Trustee, Joel L. Tabas*<br>One Flagler Building<br>14 Northeast First Ave-PH<br>Miami, Florida 33132<br>Florida Designated Email:<br>gfreedman@tabasfreedman.com<br>jtabas@tabasfreedman.com<br>jlt@tfsmlaw.cm<br><br>EASLEY APPELLATE PRACTICE PLLC<br>DOROTHY F. EASLEY, MS, JD, BCS APPEALS<br>FLA. BAR. NO. 0015891<br>1200 BRICKELL AVENUE, SUITE 1950<br>MIAMI, FLORIDA  33131<br>Florida Bar Designated E-Mail:<br>Administration@Easleyappellate.Com<br>*Appellate Counsel for Plaintiff/Appellant* |

## FT LAUD BRIDGE CLUB: 13-24593

**Dorothy F. Easley** <dfeasley@easleyappellate.com>                    Mon, Jan 27, 2014 at 12:45 PM
Reply-To: dfeasley@easleyappellate.com
To: doug@broekerlaw.com
Cc: Ashleigh Greene <ashleigh@broekerlaw.com>, "Joel L. Tabas" <JTabas@tabasfreedman.com>, Jim Hilliard <JHilliard@tabasfreedman.com>, Gary Freedman <GFreedman@tabasfreedman.com>

Dear Doug,

As you know, the Answer Brief is due tomorrow in the above referenced appeal.

We have a Motion for Clarification and Extension of Time Pending.  There is nothing in the Bankruptcy Code that authorizes the Successor Trustee to advocate for the Former Trustee as discussed.  You originally agreed to this point.  It appears you receded from that position.

But we need not debate this.  After further research, we will be moving to dismiss your appeal for failure to designate the correct appellee and join the proper party.

Because the Answer Brief is due tomorrow presently and there is no ruling yet on our extension of time, we will be filing this motion to dismiss today.

Please let me know whether you agree/disagree for our certificate of good faith before 5 p.m. today.

Thank you.

Dorothy

Best regards,

*Please note and update our new address*

**Dorothy F. Easley,** MS, JD, BCS Appeals
*Past Chair, Florida Appellate Practice Section*

E a s l e y   A p p e l l a t e   P r a c t i c e, PLLC
1 2 0 0   B r i c k e l l   A v e n u e ,   S u i t e   1 9 5 0
M i a m i ,   F l o r i d a   3 3 1 3 1
800 . 216 . 6185     t free
305 . 851 . 2494     int'l skype
305 . 444 . 1599     Miami
888 . 501 . 6185     f-free
305 . 675 . 4667     f

**EAP PLLC uplink URL,** *upload & secure document delivery*
**www.EasleyAppellate.com**

*please reply to*:
dfeasley@easleyappellate.com

Follow us:  





Donate | Share on Facebook | Share on Twitter       Add this to your emails

 Please consider the environment before printing this e-mail!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**Douglas Broeker** <doug@broekerlaw.com>                                    Mon, Jan 27, 2014 at 3:52 PM
To: "dfeasley@easleyappellate.com" <dfeasley@easleyappellate.com>
Cc: Ashleigh Greene <ashleigh@broekerlaw.com>, "Joel L. Tabas" <JTabas@tabasfreedman.com>, Jim Hilliard <JHilliard@tabasfreedman.com>, Gary Freedman <GFreedman@tabasfreedman.com>

Dorothy:

We support your request for additional time, and are happy to make it 3 more weeks out.

In response to your Motion for Clarification and Extension, the Court has scheduled a Status Conference, on Wednesday.  We support that Status Conference, also.

I'm not sure I understand your comments about the Successor Trustee advocating for the Former Trustee.  I welcome discussion, and don't feel it's a "debate" in any adversarial sense.

I do not see that a Motion to Dismiss the Appeal would be well-taken, and I question whether that is an appropriate remedy for the Successor Trustee to be seeking under the circumstances of this appeal.  On our side, following further reflection and consideration, we think that the Successor Trustee should be aligned with us on this appeal.  Therefore, the Successor Trustee may be breaching his fiduciary duties to the Estate by seeking to dismiss the appeal.  Instead, the Successor Trustee is proper in compelling the former Trustee to appear and defend this Appeal.

Also, it was the Clerk who designated the parties, and we look forward to trying to sort this issue out and get it corrected.

Therefore, this confirms that *we would oppose a Motion to Dismiss, and we urge you to refrain from filing it*.

This also confirms that we are willing to enter into appropriate stipulations to allow you relief from the deadline you are concerned about.

*I encourage you to contact Chambers, and submit an unopposed Order granting you additional time until February 17 (3 more weeks).*

Composite Exhibit "A"

Best regards,

Doug


DOUGLAS C. BROEKER

**Sweetapple, Broeker & Varkas, P. L.**

44 W. Flagler Street, Suite 1500

Miami, FL 33130

TEL: (305) 374-5623

FAX: (305) 358-1023

Doug@broekerlaw.com

www.sweetapplebroeker.com

---

**Dorothy F. Easley** <dfeasley@easleyappellate.com>  Mon, Jan 27, 2014 at 4:15 PM
Reply-To: dfeasley@easleyappellate.com
To: Douglas Broeker <doug@broekerlaw.com>
Cc: Ashleigh Greene <ashleigh@broekerlaw.com>, "Joel L. Tabas" <JTabas@tabasfreedman.com>, Jim Hilliard <JHilliard@tabasfreedman.com>, Gary Freedman <GFreedman@tabasfreedman.com>, EAP PLLC ADMINISTRATION <administration@easleyappellate.com>

Dear Doug,

First, thank you for getting back to me so promptly.   Second, while I cannot agree that the Successor Trustee must be aligned with the Creditor, your remaining comments are well taken and it is helpful to hear that your designation was simply tracking the district court clerk, and that your client is not intending to appeal as to the Successor Trustee.

Let me suggest this -- can you cite the code or law that directs the Successor Trustee must be aligned with the Creditor in this appeal?   I have been unable to find anything in the Code or the case law that says that on the facts here.  Even if the former Trustee had been removed--he plainly was not--there are limited duties as to the Successor Trustee and my reading of the law is the duties you are arguing for are not there on these facts.  I welcome the education if I'm wrong.

Thanks much.  Let's discuss this tomorrow.

Meanwhile,
1. we will hold the motion to dismiss as of today pending further discussion tomorrow.  I will let you know if we still conclude that we are filing it and note your objection in that motion.

2. we will file now an Agreed Motion for Extension of Time for Filing of the Answer Brief by the appropriate Party on or before February 17, 2014.

Let's discuss tomorrow, if possible in the morning.

Thank you much.

Dorothy
[Quoted text hidden]
[Quoted text hidden]

---

**Douglas Broeker** <doug@broekerlaw.com>  　　　　　　　　　　　　　　Mon, Jan 27, 2014 at 4:48 PM
To: "dfeasley@easleyappellate.com" <dfeasley@easleyappellate.com>
Cc: Ashleigh Greene <ashleigh@broekerlaw.com>, "Joel L. Tabas" <JTabas@tabasfreedman.com>, Jim Hilliard <JHilliard@tabasfreedman.com>, Gary Freedman <GFreedman@tabasfreedman.com>, EAP PLLC ADMINISTRATION <administration@easleyappellate.com>

Sounds great, Dorothy.  Let's talk in the AM tomorrow.

Best regards,

Doug


DOUGLAS C. BROEKER, ESQ. (this is not a signature)

**Sweetapple, Broeker & Varkas, P. L.**

44 W. Flagler Street, Suite 1500

Miami, FL 33130

TEL: (305) 374-5623

FAX: (305) 358-1023

Doug@broekerlaw.com

www.sweetapplebroeker.com

Reply-To: dfeasley@easleyappellate.com
To: Douglas Broeker <doug@broekerlaw.com>
Cc: Ashleigh Greene <ashleigh@broekerlaw.com>, "Joel L. Tabas" <JTabas@tabasfreedman.com>, Jim Hilliard <JHilliard@tabasfreedman.com>, Gary Freedman <GFreedman@tabasfreedman.com>

Doug,

I'm penciling in a 10 a.m. call and I'll await your call [your office line does not like our private tel no's].

Thanks.

[Quoted text hidden]

[Quoted text hidden]

---

**Dorothy F. Easley** <dfeasley@easleyappellate.com>　　　　　　　　　　　　　　Mon, Jan 27, 2014 at 5:00 PM
Reply-To: dfeasley@easleyappellate.com
To: Douglas Broeker <doug@broekerlaw.com>
Cc: Ashleigh Greene <ashleigh@broekerlaw.com>, "Joel L. Tabas" <JTabas@tabasfreedman.com>, Jim Hilliard <JHilliard@tabasfreedman.com>, Gary Freedman <GFreedman@tabasfreedman.com>, EAP PLLC ADMINISTRATION <administration@easleyappellate.com>

I hit "send" too quickly

> **Re: FT LAUD B C: 13-24593: 1-28-14 @ 10 a.m; DOUG BROEKER WILL CALL DFE**
>
> When   Tue, January 28, 10am – 11am GMT-05:00
>
> Who
> - Easley Appellate
> - Douglas Broeker
> - Ashleigh Greene
> - Joel L. Tabas
> - Jim Hilliard
> - Gary Freedman
> - EAP PLLC ADMINISTRATION

[Quoted text hidden]
[Quoted text hidden]

📎 **invite.ics**
2K

---

**Dorothy F. Easley** <dfeasley@easleyappellate.com>　　　　　　　　　　　　　　Tue, Jan 28, 2014 at 11:28 AM
Reply-To: dfeasley@easleyappellate.com
To: Douglas Broeker <doug@broekerlaw.com>
Cc: Ashleigh Greene <ashleigh@broekerlaw.com>, "Joel L. Tabas" <JTabas@tabasfreedman.com>, Jim Hilliard <JHilliard@tabasfreedman.com>, Gary Freedman <GFreedman@tabasfreedman.com>
Bcc: EAP PLLC ADMINISTRATION <administration@easleyappellate.com>

Dear Doug,

It was good to talk with you and I think we covered a lot of ground.  To fully protect the Successor Trustee and ensure proper preservation, we will be filing the Motion to Dismiss the Appeal noting your objection to that Motion except on points you and I discussed you explicitly agreed so that I'm not putting words in your mouth.

As promised, I'm letting you know in advance of our filing this Motion.  The Certificate of Good Faith would be drafted as follows:

Composite Exhibit "A"

---

**Dorothy F. Easley** <dfeasley@easleyappellate.com>  Wed, Jan 29, 2014 at 12:13 PM
Reply-To: dfeasley@easleyappellate.com
To: Douglas Broeker <doug@broekerlaw.com>
Cc: Ashleigh Greene <ashleigh@broekerlaw.com>, "Joel L. Tabas" <JTabas@tabasfreedman.com>, Jim Hilliard <JHilliard@tabasfreedman.com>, Gary Freedman <GFreedman@tabasfreedman.com>
Bcc: EAP PLLC ADMINISTRATION <administration@easleyappellate.com>

Dear Doug,

Despite my handwritten notes and my confirming with you twice via telephone conference that you agreed to precisely the language I used, the Certificate of Good Faith is amended and being filed based on an email from you that popped into my system today.   That is more than what most lawyers would do.  We do more.

I am not going to debate this "false pretenses" position.  It's fanciful and insulting.  I asked you about this Motion to Dismiss since the 27th and the Local Rules did not even require your agreement to a Motion to Dismiss.   No one has ever, ever consulted my firm on a Motion to Dismiss.  Nor will we withdraw our Motion to Dismiss.  I advised you yesterday by telephone conference and by email of the Motion to Dismiss.

Composite Exhibit "A"

We have take the high road.  The road you choose is your choice.  File any Motion that you feel you need to file, but understand that our conduct in amending the Certificate of Good Faith is a positive and we have gone above what anyone would expect.

Going forward, given that twice you and I have had telephone conferences where you took one position and changed that position later, I think it best that we only communicate with each other now in writing.  I have known you for many years, and I truly regret having to do that.  I think it best.
[Quoted text hidden]
[Quoted text hidden]

---

**Gary Freedman** <GFreedman@tabasfreedman.com>                                    Wed, Jan 29, 2014 at 12:17 PM
To: "dfeasley@easleyappellate.com" <dfeasley@easleyappellate.com>, Douglas Broeker <doug@broekerlaw.com>
Cc: Ashleigh Greene <ashleigh@broekerlaw.com>, Joel Tabas <JTabas@tabasfreedman.com>, Jim Hilliard <JHilliard@tabasfreedman.com>

Also, my 2 cents, I know of no rule of procedure that allows for a motion to strike a motion.


Description: Description: TF

Gary M. Freedman

Tabas, Freedman & Soloff, P.A.

One Flagler Building

14 Northeast First Avenue, Penthouse

Miami, FL 33132

Phone: (305) 375-8171

Fax: (305) 381-7708

gfreedman@tabasfreedman.com



This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at ((305)375-8171) and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Thank you

We have take the high road.  The road you choose is your choice.  File any Motion that you feel you need to file, but understand that our conduct in amending the Certificate of Good Faith is a positive and we have gone above what anyone would expect.

Going forward, given that twice you and I have had telephone conferences where you took one position and changed that position later, I think it best that we only communicate with each other now in writing.  I have known you for many years, and I truly regret having to do that.  I think it best.

DFE

*Please note and update our new address*

Best regards,

**Dorothy F. Easley,** MS, JD, BCS Appeals
*Past Chair, Florida Appellate Practice Section*



*please reply to*:

dfeasley@easleyappellate.com

Easley Appellate Practice, PLLC
1200 Brickell Avenue, Suite 1950
Miami, Florida 33131
800 . 216 . 6185   t free
305 . 851 . 2494   int'l skype
305 . 444 . 1599   Miami
888 . 501 . 6185   f-free

305 . 675 . 4667   f
**EAP PLLC uplink URL,** *upload & secure document delivery*
**www.EasleyAppellate.com**

Follow us:



Donate | Share on Facebook | Share on Twitter                                      Add this to your emails

   Please consider the environment before printing this e-mail!

Composite Exhibit "A"

> IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

On Wed, Jan 29, 2014 at 11:51 AM, Douglas Broeker <doug@broekerlaw.com> wrote:

You should withdraw the Motion.  It is founded upon false pretenses.

You may have a problem with your server, or emails – but your client/co-counsel assuredly did not, and you could have re-confirmed with me (or them) before filing.

What you did, with this Motion, is inappropriate and the Motion should be withdrawn.

Please advise by 1:00 PM.  Otherwise we are filing a Motion to Strike.

DOUGLAS C. BROEKER

**Sweetapple, Broeker & Varkas, P. L.**

44 W. Flagler Street, Suite 1500

Miami, FL 33130

TEL: (305) 374-5623

FAX: (305) 358-1023

Doug@broekerlaw.com

www.sweetapplebroeker.com

---

**From:** easleyappellate@gmail.com [mailto:easleyappellate@gmail.com] **On Behalf Of** Dorothy F. Easley
**Sent:** Wednesday, January 29, 2014 11:31 AM

**To:** Douglas Broeker
**Cc:** Ashleigh Greene; Joel L. Tabas; Jim Hilliard; Gary Freedman
**Subject:** Re: FT LAUD BRIDGE CLUB: 13-24593

Dear Doug,

I just saw this email.  It literally popped into my system today.  I understand that others literally did not see this email until today as well.  Not suggesting you did not send it, but merely that there may have been a system glitch.

That said, I will file an amended Certificate of Good Faith to the Motion to Dismiss stat.  I will include your language in the Amended Certificate of Good Faith and further state that all references in the Motion reflecting agreement to "indispensable party" are amended as well.  While I know I confirmed this language with you twice during our phone conference, this is the reason why we send written confirmatories to ensure no misunderstanding.  The error in the Certificate of Good Faith will be corrected by my office immediately.

DFE

*Please note and update our new address*

Best regards,

**Dorothy F. Easley,** MS, JD, BCS Appeals
*Past Chair, Florida Appellate Practice Section*



*please reply to*:

dfeasley@easleyappellate.com

Easley Appellate Practice, PLLC
1200 Brickell Avenue, Suite 1950
Miami, Florida 33131
800 . 216 . 6185   t free
305 . 851 . 2494   int'l skype
305 . 444 . 1599   Miami
888 . 501 . 6185   f-free

305 . 675 . 4667   f

**EAP PLLC uplink URL,** *upload & secure document delivery*
**www.EasleyAppellate.com**

Follow us:



Donate | Share on Facebook | Share on Twitter          Add this to your emails

 Please consider the environment before printing this e-mail!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Composite Exhibit "A"

*Please note and update our new address*

Best regards,

**Dorothy F. Easley,** MS, JD, BCS Appeals
*Past Chair, Florida Appellate Practice Section*



*please reply to*:

dfeasley@easleyappellate.com

E a s l e y  A p p e l l a t e  P r a c t i c e, PLLC
1 2 0 0  B r i c k e l l  A v e n u e,  S u i t e  1 9 5 0
M i a m i,  F l o r i d a  3 3 1 3 1
800 . 216 . 6185    t free
305 . 851 . 2494    int'l skype
305 . 444 . 1599    Miami
888 . 501 . 6185    f-free

305 . 675 . 4667    f
**EAP PLLC uplink URL,** *upload & secure document delivery*
www.EasleyAppellate.com

Follow us:



Donate | Share on Facebook | Share on Twitter            Add this to your emails

 Please consider the environment before printing this e-mail!

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

On Tue, Jan 28, 2014 at 1:32 PM, Douglas Broeker <doug@broekerlaw.com> wrote:

Thanks for your email, Dorothy.

Composite Exhibit "A"