UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APPEAL CASE NO.: 1:13-CV-24593-KAM
LWR. TRIBUNAL CASE NO.: 13-14289-LMI
_____

SAMUEL D. ROSEN,
Appellant,

v.

FORMER TRUSTEE,
[*Correction Appellee Designation from Successor to Former Trustee Requested*]
Appellee.
_____

_____

ON APPEAL FROM AN ORDER OF THE U.S. BANKRUPTCY COURT,
SOUTHERN DISTRICT OF FLORIDA
_____

**SUCCESSOR TRUSTEE'S, JOEL L. TABAS, CURRENTLY DESIGNATED AS APPELLEE, REPLY IN SUPPORT OF MOTION TO DISMISS THE APPEAL [ECF 17, 18, AND 22] WITH INCORPORATED MEMORANDUM OF LAW**

Successor Trustee, Joel L. Tabas, pursuant to the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, including S.D. Fla. Local Rules 7.1(c) and 87.4 and argument by analogy with Fed. R. Civ. P. Rules 12, 19, and 41,[1] files this

---

[1]   In *Hann v. State Treasurer*, No. 07-13687, 2009 WL 724052, *4 (E.D. Mich Mar. 18, 2009), the District Court for the Eastern District of Michigan accepted and adopted the Magistrate Judge's Report and Recommendation of dismissal of that bankruptcy appeal, recognizing that the arguments under the Federal Rules of Civil Procedure, in that case Rules 12(b) and 41(b), are analogous and dismissed a bankruptcy appeal, stating that the same reasons for dismissing a frivolous case under Rule 12(b)(1) apply to dismissing a

1

Reply in Support of his Motion to Dismiss the Appeal for Failure to Designate/Join the Required Person [ECF17, 18, and 22] with Incorporated Memorandum of Law, and states:

1. On January 28, 2013, the Successor Trustee filed his Motion to Dismiss the Appeal [ECF17, ECF22], with Amended Certificate of Good Faith to that Motion [ECF18] on January 29, 2013.

2. On January 29, 2014, Appellant Samuel D. Rosen filed his Objection [ECF19] to the Motion to Dismiss and a Motion to Strike it [ECF19].

3. The Successor Trustee, thereafter, promptly filed a Response [ECF20] to Appellant's Motion to Strike [ECF19].

4. During the January 30, 2014 hearing on the Successor Trustee's Motion to Dismiss and Clarification of the Designation of the Parties, the Court invited the parties to file an amended Motion and Response, to which the Successor Trustee stated we would stand on our pending Motion to Dismiss and Amended Certificate of Good Faith [ECF17, 18, and 22]. No Amended Response from Appellant Rosen has been received, and in an abundance of caution and by operation of Local Rule 7.1(c)(1)(A), the Successor Trustee files his Reply Memorandum to the Appellant's January 29, 2014 "Objection" Response portion [ECF19], which Reply is due today, February 10, 2014, under Local Rule 7.1(c)(1)(A).

5. As such, the Successor Trustee files this Reply with Incorporated Memorandum

---

frivolous bankruptcy appeal. *See also generally In re Hann*, 08-14516, 2009 WL 2872813 (E.D. Mich. 2009).

and relies on all arguments set forth in his Motion to Dismiss and Amended Certificate of Good Faith [ECF17, 18, and 22], so that his Motion may be deemed fully ripe for adjudication.

6. We would add there we have received no indication that the Former Trustee Kenneth Welt has been served with the Appellant's Initial Brief to date[2] and an Answer Brief is due to be filed by February 23, 2014.

**For the reasons and legal authorities set forth herein**, it is respectfully requested that the Court grant this Motion to dismiss this appeal. Additionally, if the appeal is dismissed as in violation of the *Barton* doctrine or for failure to name the proper person or failure to state a claim for relief at to the Successor Trustee, it is respectfully requested that this appeal be dismissed with prejudice.

Respectfully submitted,

BY: /S/ DOROTHY F. EASLEY, MS JD BCS APPEALS
FLA. BAR NO. 0015891
EASLEY APPELLATE PRACTICE PLLC
*Appellate Counsel for Successor Trustee*
1200 BRICKELL AVENUE, SUITE 1950
MIAMI, FLORIDA 33131
T: (305) 444-1599; (800) 216-6185

---

[2] Larry Pecan, Esq., sent an email letter to counsel for the Appellant Rosen and counsel for the Successor Trustee Tabas before the January 30, 2014 hearing, and further communicated at the January 30th hearing before the Court that he was not representing the Former Trustee Kenneth Welt in this appeal. The Court instructed that, subject to the Court's ruling on the pending Successor Trustee Motion to Dismiss, the Former Trustee be served with the Initial Brief.

FLORIDA BAR DESIGNATED E-MAIL FOR SERVICE:
administration@EasleyAppellate.com
www.easleyappellate.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been was served using the CM/ECF system **and**: served electronically by eMail *or* the firm's secure dropbox *or* by regular US Mail (if no electronic means of service available) and email to all parties who are not on the list to receive email notification/service for this case on this 10th day of February 2014 to:

> *I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A)*

**By:**   /s/ DOROTHY F. EASLEY, MS JD BCS APPEALS

| | |
|---|---|
| CHAD P PUGATCH, ESQ.<br>cpugatch.ecf@rprslaw.com<br><br>DAMARIS D ROSICH-SCHWARTZ, ESQ.<br>Damaris.D.Rosich-Schwartz@usdoj.gov<br><br>DOUGLAS C. BROEKER, ESQ.<br>SWEET APPLE, BROEKER & VARKAS, P.L.<br>777 Brickell Avenue, Suite 600<br>Miami, Florida 33131<br>Florida Designated Email:<br>doug@broekerlaw.com<br>DocService@broekerlaw.com<br>Jamie@broekerlaw.com | LAWRENCE E PECAN, ESQ.<br>lpecan@marshallgrant.com<br><br>KENNETH A. WELT, ESQ.*<br>FORMER TRUSTEE<br>Kenneth A. Welt, Trustee<br>1776 North Pine Island Road - #222<br>Plantation, FL  33322<br>**\*Served by US Mail** [as his formerly designated counsel (lpecan@marshallgrant.com jgrant@msglaw.com) communicated, to all parties, that formerly designated counsel are not authorized to accept service for the Former Trustee)<br><br>OFFICE OF THE US TRUSTEE<br>USTPRegion21.MM.ECF@usdoj.gov |

4

| | |
|---|---|
| DREW M DILLWORTH, ESQ.<br>ddillworth@stearnsweaver.com<br><br>ERIC J SILVER, ESQ.<br>esilver@stearnsweaver.com<br><br>JOE M. GRANT, ESQ.<br>jgrant@msglaw.com<br><br>PAUL J. BATTISTA, ESQ.<br>pbattista@gjb-law.com<br><br>PETER E. SHAPIRO, ESQ.<br>pshapiro@shapirolawpa.com<br><br>SONEET R. KAPILA, ESQ.<br>mwalker@kapilaco.com<br><br>THOMAS L ABRAMS, ESQ.<br>tabrams@tabramslaw.com | PETER E. SHAPIRO, ESQ.<br>pshapiro@shapirolawpa.com<br><br>Samuel D. Rosen*<br>10175 Collins Ave.<br>Apt. 502<br>Bal Harbour, Florida 33154<br>**\*Served by US Mail**<br><br>JOEL L. TABAS, ESQ.<br>GARY M. FREEDMAN, ESQ.<br>TABAS, FREEDMAN & SOLOFF, P. A.<br>*Attorneys for Trustee, Joel L. Tabas*<br>One Flagler Building<br>14 Northeast First Ave-PH<br>Miami, Florida 33132<br>Florida Designated Email:<br>gfreedman@tabasfreedman.com<br>jtabas@tabasfreedman.com<br>jlt@tfsmlaw.cm<br><br>EASLEY APPELLATE PRACTICE PLLC<br>DOROTHY F. EASLEY, MS, JD, BCS APPEALS<br>FLA. BAR. NO. 0015891<br>1200 BRICKELL AVENUE, SUITE 1950<br>MIAMI, FLORIDA 33131<br>Florida Bar Designated E-Mail:<br>Administration@Easleyappellate.Com<br>*Appellate Counsel for Plaintiff/Appellant* |

EASLEY APPELLATE PRACTICE, PLLC, 1200 Brickell Avenue, Suite 1950, Miami, Florida 33131 305-444-1599 800-216-6185