UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIV. ACTION NO.: 1:13-cv-24593-KAM
LWR TRIBUNAL CASE NO.: 13-14289-LMI

IN RE: SAMUEL D. ROSEN,

Appellant.

ON APPEAL FROM THREE ORDERS OF THE U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SUCCESSOR TRUSTEE'S MOTION TO DISMISS APPEAL [D.E. 17]**

APPELLANT/CREDITOR, SAMUEL D. ROSEN ("Rosen" or "Appellant"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby requests an enlargement of time to file his response to Successor Trustee's Motion to Dismiss Appeal [D.E. 17] and states:

1.     During the telephonic status conference held in this matter on January 30, 2014, Appellant was directed by this Court to respond to Successor Trustee's Motion to Dismiss Appeal [D.E. 17]. At that time, Appellant withdrew his Objection to and Motion to Strike Successor Trustee's Motion to Dismiss Appeal [D.E. 19] and stated that he would incorporate all appropriate arguments into the response.

2.     Undersigned counsel requests an additional eight (8) days to file a response as additional time is needed to perform further research on the issues of law raised in Successor Trustee's Motion to Dismiss Appeal [D.E. 17]. Also, undersigned counsel's office has requested

from the court reporter a copy of the transcript of the hearing before Judge Marra on January 30, 2014; however, undersigned has not yet received the transcript.

3. Undersigned counsel has contacted counsel for Successor Trustee Tabas, via e-mail, and has not yet been advised whether or not counsel opposes this Motion.

4. This Motion is filed in good faith, and is not filed to hinder or delay the prosecution of this action, and the Appellees will not be prejudiced by the Court granting this Motion for Extension of Time.

Wherefore, APPELLANT/CREDITOR, SAMUEL D. ROSEN, requests an additional eight (8) days, up to and including Wednesday, February 19, 2014, to file his response to Successor Trustee's Motion to Dismiss Appeal [D.E. 17].

Dated February 11, 2014

Respectfully submitted,

By: /s/ Douglas C. Broeker
**Douglas C. Broeker, Esquire**
Florida Bar No. 306738
**SWEETAPPLE, BROEKER &VARKAS, P.L.**
44 W. Flagler Street, Suite 1500
Miami, Florida 33130
Tel.: (305) 374-5623
Fax.: (305) 358-1023
Doug@broekerlaw.com
DocService@broekerlaw.com

CIV. ACTION NO.: 1:13-cv-24593-KAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail and e-mail to all parties who are not on the list to receive e-mail notification/service for this case on this 11th day of February, 2014.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A).*

By:   /s/ Douglas C. Broeker
      **Douglas C. Broeker, Esquire**
      Florida Bar No. 306738

CIV. ACTION NO.: 1:13-cv-24593-KAM

**SERVICE LIST**

**Via E-Mail**

cpugatch.ecf@rprslaw.com
lpecan@marshallgrant.com
Damaris.D.Rosich-Schwartz@usdoj.gov
ddillworth@stearnsweaver.com
esilver@stearnsweaver.com
jgrant@msglaw.com
pbattista@gjb-law.com
pshapiro@shapirolawpa.com
mwalker@kapilaco.com
tabrams@tabramslaw.com
gfreedman@tabasfreedman.com
USTPRegion21.mm.ECF@usdoj.gov
jhilliard@tagasfreedman.com
jtabas@tabasfreedman.com
jlt@tfsmlaw.com
administration@easleyappellate.com

**Via U.S. Mail**

Kenneth A Welt
1776 N. Pine Island Rd.
Suite 222
Plantation, Florida 33322