UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIV. ACTION NO.: 1:13-cv-24593-KAM
LWR TRIBUNAL CASE NO.: 13-14289-LMI

IN RE: SAMUEL D. ROSEN,
Appellant.

ON APPEAL FROM THREE ORDERS OF THE U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

## APPELLANT'S REQUEST FOR ORAL ARGUMENT OR, ALTERNATIVELY, FOR LEAVE TO FILE BRIEF REBUTTAL MEMORANDUM

APPELLANT, SAMUEL D. ROSEN ("Rosen"), by and through undersigned counsel, hereby requests that this Court schedule Oral Argument on the Successor Trustee's Motion to Dismiss or, alternatively, that the Court grant Rosen leave to file a brief rebuttal memorandum limited to what are essentially new or different arguments raised by the Successor Trustee in its "Reply" [D.E. 36].  As good grounds therefor, Rosen would show as follows:

1.  The Successor Trustee has submitted a "reply memorandum" which raises new and different arguments, and unfairly "paints" Rosen in an inappropriate light in arguments not previously made.  Also, the arguments make reference to a record that is not before this Court.

2.  Rosen would like to address these matters, and clear up any potential ambiguities, in a brief rebuttal memorandum or on Oral Argument.

CIV. ACTION NO.: 1:13-cv-24593-KAM

3. Additionally, upon review of the transcript of the January 30, 2014 Telephonic Status Conference [D.E. 35][1], Rosen perceives that matters were stated that likewise need to be addressed.

4. Appellant Rosen therefore seeks the opportunity, by way of Oral Argument or a brief rebuttal memorandum, to respond on these points and bring the applicable record to the Court's attention.

**WHEREFORE**, Appellant, Samuel D. Rosen, requests that this Court schedule Oral Argument or, alternatively, that the Court allow Rosen the opportunity to submit a brief rebuttal memorandum.

Dated February 28, 2014

Respectfully submitted,

**SWEETAPPLE, BROEKER & VARKAS, P.L.**
44 W. Flagler Street, Suite 1500
Miami, Florida 33130
Tel.: (305) 374-5623
Fax: (305) 358-1023

By:  /s/ Douglas C. Broeker
**Douglas C. Broeker**
Florida Bar No. 306738
Doug@broekerlaw.com
DocService@broekerlaw.com

---

[1] Transcript of the January 30, 2014 Telephonic Status Conference [D.E. 35].  Rosen diligently attempted to obtain a transcript of the hearing prior to submitting his response but the transcript was unavailable until February 22nd.

CIV. ACTION NO.: 1:13-cv-24593-KAM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Certified U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 28th day of February, 2014.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A).*

By: /s/ Douglas C. Broeker
**Douglas C. Broeker, Esquire**
Florida Bar No. 306738

CIV. ACTION NO.: 1:13-cv-24593-KAM

## **SERVICE LIST**

**Via E-Mail**

tabrams@tabramslaw.com
gfreedman@tabasfreedman.com
JLT@tfsmlaw.com
administration@easleyappellate.com
jgrant@msglaw.com
lpecan@marshallgrant.com
USTPRegion21.MM.ECF@usdoj.gov
Damaris.D.Rosich-Schwartz@usdoj.gov

**Via Certified U.S. Mail**

Kenneth A. Welt
1776 N. Pine Island Rd.
Suite 222
Plantation, Florida 33322