DFE/bc

**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

APPEAL CASE NO.: 1:13-CV-24593-KAM
LWR. TRIBUNAL CASE NO.: 13-14289-LMI

_____

SAMUEL D. ROSEN,
Appellant,

v.

FORMER TRUSTEE,
[*Correction Appellee Designation from Successor to Former Trustee Requested*]
Appellee.

_____

_____

ON APPEAL FROM AN ORDER OF THE U.S. BANKRUPTCY COURT,
SOUTHERN DISTRICT OF FLORIDA

_____

**SUCCESSOR TRUSTEE JOEL L. TABAS'S RESPONSE TO [DE37] APPELLANT'S REQUEST FOR ORAL ARGUMENT/ALTERNATIVE FOR LEAVE TO FILE BRIEF REBUTTAL MEMORANDUM**

SUCCESSOR TRUSTEE JOEL L. TABAS, through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files this Response to Appellant's Request for Oral Argument Alternative for Leave to File Brief Rebuttal Memorandum [DE37], and as good grounds states:

1.   Oral Argument is unnecessary.  The issues have been fully briefed.  The Court regularly addresses the scope of its subject matter jurisdiction, and can determine on the briefs whether it does/does not have subject matter jurisdiction over this matter and whether the Former Trustee is an indispensable party.

2.   A sur-reply from the Appellant Rosen is improper and unfair.  First, Appellant filed an Objection that read as a Response to the Successor Trustee's Motion to Dismiss before the January 30, 2014 hearing, then stated at the hearing he would like to file a Response/Amended

1

Response, then did not file that Response/Amended Response until after the Successor Trustee filed his Reply, necessitating another Successor Trustee Reply to the Appellant's post-reply Response.  The Successor Trustee Joel Tabas misstated nothing. Appellant Rosen has had multiple opportunities to argue.  With respect, the Successor Trustee's Motion to Dismiss is ripe for adjudication.

WHEREFORE, SUCCESSOR TRUSTEE JOEL L. TABAS, respectfully requests that the Court deny Appellant Rosen's Request for Oral Argument and for Leave to File Sur-Reply, and grant such further relief that the Court deems just, fair, and appropriate.

Respectfully submitted,

**BY:** /S/ DOROTHY F. EASLEY, MS JD BCS APPEALS
FLA. BAR NO. 0015891
EASLEY APPELLATE PRACTICE PLLC
*Appellate Counsel for Successor Trustee*
1200 BRICKELL AVENUE, SUITE 1950
MIAMI, FLORIDA 33131
T: (305) 444-1599; (800) 216-6185
FLORIDA BAR DESIGNATED e-MAIL FOR SERVICE:
administration@EasleyAppellate.com
www.easleyappellate.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been was served using the CM/ECF system **and**: served electronically by eMail *or* the firm's secure dropbox *or* by regular US Mail (if no electronic means of service available) and email to all parties who are not on the list to receive email notification/service for this case on  this  _3d_  day of March 2014 to:

> *I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A)*

**By:** /S/ DOROTHY F. EASLEY, MS JD BCS APPEALS

2

| | |
|---|---|
| CHAD P PUGATCH, ESQ.<br>cpugatch.ecf@rprslaw.com<br><br>DAMARIS D ROSICH-SCHWARTZ, ESQ.<br>Damaris.D.Rosich-Schwartz@usdoj.gov<br><br>DOUGLAS C. BROEKER, ESQ.<br>SWEET APPLE, BROEKER & VARKAS, P.L.<br>777 Brickell Avenue, Suite 600<br>Miami, Florida 33131<br>Florida Designated Email:<br>doug@broekerlaw.com<br>DocService@broekerlaw.com<br>Jamie@broekerlaw.com<br><br>DREW M DILLWORTH, ESQ.<br>ddillworth@stearnsweaver.com<br><br>ERIC J SILVER, ESQ.<br>esilver@stearnsweaver.com<br><br>JOE M. GRANT, ESQ.<br>jgrant@msglaw.com<br><br>PAUL J. BATTISTA, ESQ.<br>pbattista@gjb-law.com<br><br>PETER E. SHAPIRO, ESQ.<br>pshapiro@shapirolawpa.com<br><br>SONEET R. KAPILA, ESQ.<br>mwalker@kapilaco.com<br><br>THOMAS L ABRAMS, ESQ.<br>tabrams@tabramslaw.com<br><br>Lawrence E Pecan, Esq.<br>lpecan@marshallgrant.com | KENNETH A. WELT*<br>FORMER TRUSTEE<br>1776 North Pine Island Road - #222<br>Plantation, FL  33322<br>*Served by US Mail [as his formerly designated counsel (lpecan@marshallgrant.com jgrant@msglaw.com) communicated, to all parties, that formerly designated counsel are not authorized to accept service for the Former Trustee)<br><br>OFFICE OF THE US TRUSTEE<br>USTPRegion21.MM.ECF@usdoj.gov<br><br>Samuel D. Rosen*<br>10175 Collins Ave.<br>Apt. 502<br>Bal Harbour, Florida 33154<br>*Served by US Mail<br><br>JOEL L. TABAS, ESQ.<br>GARY M. FREEDMAN, ESQ.<br>TABAS, FREEDMAN & SOLOFF, P. A.<br>*Attorneys for Trustee, Joel L. Tabas*<br>One Flagler Building<br>14 Northeast First Ave-PH<br>Miami, Florida 33132<br>Florida Designated Email:<br>gfreedman@tabasfreedman.com<br>jtabas@tabasfreedman.com<br>jlt@tfsmlaw.cm<br><br>EASLEY APPELLATE PRACTICE PLLC<br>DOROTHY F. EASLEY, MS, JD, BCS APPEALS<br>FLA. BAR. NO. 0015891<br>1200 BRICKELL AVENUE, SUITE 1950<br>MIAMI, FLORIDA 33131<br>Florida Bar Designated E-Mail:<br>Administration@Easleyappellate.Com |

3

|  | *Appellate Counsel for Successor Trustee* |
|---|---|

EASLEY APPELLATE PRACTICE, PLLC, 1200 Brickell Avenue, Suite 1950, Miami, Florida 33131 305-444-1599   800-216-6185