UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIV. ACTION NO.: 1:13-cv-24593-KAM
LWR TRIBUNAL CASE NO.: 13-14289-LMI

IN RE: SAMUEL D. ROSEN,
Appellant.

ON APPEAL FROM THREE ORDERS OF THE U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

**STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE AND ORDER OF DISMISSAL**

The Parties to this cause, by undersigned counsel, and pursuant to the pertinent Federal Rules of Bankruptcy Procedure and Federal Rules of Appellate Procedure, stipulate and agree as follows, and jointly move this Court for entry of a dismissal of this Appellate Proceeding, with prejudice to all claims which were raised or could have been raised by the Parties herein, with each Party bearing his/her/its own attorneys' fees and costs. In support thereof, the Parties state as follows:

1. An amicable Settlement Agreement ("Agreement") had previously been reached and approved in Bankruptcy Court Case No. 13-14289, in the Southern District of Florida (the "Bankruptcy Case"), as of May 1, 2014, which is incorporated herein by reference.

2. Thereafter, a dispute arose, which has now been resolved.

3. It is therefore **STIPULATED and AGREED** by and between the Parties that this cause is dismissed with prejudice to all claims which were raised or could have been raised herein, with each Party to bear this/her/its own attorneys' fees and costs incurred in this cause.

1

CIV. ACTION NO.: 1:13-cv-24593-KAM

Dated this __5__ day of August, 2014.

| | |
|---|---|
| **EASLEY APPELLATE PRACTICE, PLLC**<br>*Appellate Attorneys for Trustee* Tabas<br>1200 Brickell Avenue, Suite 1950<br>Miami, Florida 33131<br>Tel.: (305) 444-1599<br>Fax: (305) 675-4667<br><br>By: *[signature]*<br>DOROTHY F. EASLEY, B.C.S. APPEALS<br>EASLEY APPELLATE PRACTICE PLLC<br>Florida Bar No. 0015891<br>dfeasley@easleyappellate.com | **SWEETAPPLE, BROEKER & VARKAS, P.L.**<br>*Attorneys for Appellant*<br>44 W. Flagler Street, Suite 1500<br>Miami, Florida 33130<br>Tel.: (305) 374-5623<br>Fax: (305) 358-1023<br><br>By: *[signature]*<br>DOUGLAS C. BROEKER<br>Florida Bar No. 306738<br>doug@broekerlaw.com |

**KENNETH A. WELT**
*Pro Se*
1776 N. Pine Island Rd.
Suite 222
Plantation, Florida 33322

By: *[signature]*
KENNETH A. WELT

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIV. ACTION NO.: 1:13-cv-24593-KAM
LWR TRIBUNAL CASE NO.: 13-14289-LMI

IN RE: SAMUEL D. ROSEN,
Appellant.

ON APPEAL FROM THREE ORDERS OF THE U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

### ORDER OF DISMISSAL

In consideration of the Settlement entered into in Bankruptcy Court Case No. 13-14289, in the Southern District of Florida (the "Bankruptcy Case"), it is:

**ORDERED and ADJUDGED** that the above cause is hereby dismissed with prejudice as to all claims in this action, which were raised or could have been raised herein, with each Party to bear his/her/its own attorney's fees and costs.

**Submitted By:**
Douglas C. Broeker
Sweetapple, Broeker & Varkas, P.L.
44 W. Flagler Street, Suite 1500
Miami, Florida 33130
Tel.: (305) 374-5623/Fax: (305) 358-1023
doug@broekerlaw.com

Copy furnished to: Douglas C. Broeker, who is hereby directed to serve copies of this Order on all interested parties and to file a certificate of service.

1