UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-24593-Civ-MARRA

SAMUEL D. ROSEN,

      Appellant,

vs.

JOEL L. TABAS,
Successor Trustee,

      Appellee.

_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation for Voluntary

Dismissal with Prejudice [DE 52].  In consideration of the Stipulation and the

settlement entered into in Bankruptcy Court Case No. 13-14289, in the Southern

District of Florida, it is hereby

ORDERED AND ADJUDGED that the above cause is hereby dismissed with

prejudice as to all claims in this action, which were raised or could have been raised

herein, with each Party to bear his/her/its own attorneys' fees and costs.  Any

pending motions are denied as moot.  This case is CLOSED.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 6th day of August, 2014.

_____
KENNETH A. MARRA
United States District Judge